**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-00876-FDW-SCR**

| | |
|---|---|
| **KRYSTLE FRAISER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **AMSHER RECEIVABLES MANAGEMENT,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on sua sponte concerning the status of this case. On February 7, 2024, the parties informed the Court they reached a settlement and were in the process of finalizing the terms of the agreement. The Clerk entered a docket entry informing the parties that a stipulation of dismissal should be filed within 30 days or the Court may dismiss the case without prejudice. The time for filing the stipulation has long expired. While the Court could dismiss without prejudice, in an abundance of caution given Plaintiff's pro se status, the Court ORDERS the parties to file a stipulation of dismissal or status report updating the Court as to the status of this case no later than July 12, 2024.

**IT IS SO ORDERED.**

Signed: June 25, 2024

Frank D. Whitney
United States District Judge

1